First Union Trust and Savings Bank, appellee, v. Bernard A. Stol et al., defendants, on appeal of Architectural Decorating Company, appellant. Gen. No. 37,004.

Opinion filed October 24, 1934. Rehearing denied November 15, 1934.

Alfred Lubin, for appellant. Tatge & Tatge, for appellee; Robert F. Kolb, of counsel.

Mr. Justice Hall delivered the opinion of the court.